Appeal No.   2024AP2615

Cir. Ct. No.  2024CV1941

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT IV

HERBAL ASPECT LLC,

   PLAINTIFF-APPELLANT,

ALAN ROBINSON,

   PLAINTIFF-CO-APPELLANT,

   V.

ALEXANDER GISH, MATTHEW NELSON, AND
RACHEL CEFALU,

   DEFENDANTS-RESPONDENTS.

FILED

March 11, 2026

Samuel A. Christensen
Clerk of Court of Appeals

## ERRATA SHEET

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Rhonda L. Lanford
Circuit Court Judge
Electronic Notice

Jeff Okazaki
Clerk of Circuit Court
Dane County Courthouse
Electronic Notice

Brandon J. Conway
Electronic Notice

Caleb Raymond Gerbitz
Electronic Notice

Scott T. Reigle
Electronic Notice

Robert E. Shumaker
Electronic Notice

Sam Wayne
Electronic Notice

Barret Van Sicklen
Electronic Notice


PLEASE TAKE NOTICE that corrections were made to paragraph 48 in the above-captioned opinion which was released on March 5, 2026. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.